# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.*]

-FILED-
OCT 06 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Tecorlia Lavelle Edwards
[*You are the* **PLAINTIFF**, *print your full name on this line.*]

2:26-cv-478

v.

Case Number 45G01-2603-F6-00091
[*For a new case in this court, leave blank. The court will assign a case number.*]

Oscar Martinez
[*The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] Oscar Martinez | 2293 N. Main ST. Crown Point, IN |
| 2 | [*Put the names of any other defendants in these boxes.*] Douglas McClusky | 2293 N. Main ST. Crown Point, IN |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? 2

2. What is the name and address of your prison or jail? LAKE County Jail 2293 N. Main ST. Crown Point, IND. 46307

3. Did the event you are suing about happen there? ○ Yes. ○ No, it happened at: 12120 (Miller) Section of Gary, Indiana

4. On what date did this event occur? March 23, 2026 (8:30) am

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I, Tacorlin L. Edwards was pulled over on the morning of March 23, 2026 after leaving the ATM machine in Miller on 12/20 Dollar General, Unknown K-9 officer pulled me over behind Arman's on 12/20 in Miller. The unknown officer wasn't wearing a badge but was wearing tatical gear black attire. The unknown officer gave me instruction and i followed his commands i placed my hands out the window stepped out the vehicle me and my occupant clamedunkins he rushed into my pockets, pulled money out my pockets $250.00 never reported the $200.00 only $50.00 was reported after being processed into Lake County jail. The unknown officer was hiding the money between the seats of his vehicle i witnessed the events.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

also, the unknown K-9 officer drove
east on 12/20. exiting onto Interstate 65
South. The unknown officer drove all the
way to Hobroke, Indiana driving by a
house real slow before speeding off. The
unknown officer than drove by a high rise
apt. complex on a 103rd in Crown Point.
The unknown officer than made his
way to LAKE County jail. The unknown
would never give me his name or badge
number. When i was processed in, intake
officer told me that he didn't charge with
any offense after i refused to sign
for my property. All my money wasn't
turned in therefore i stated i wasn't
signing anything. As of right now i
talked too the Sheriffe in Lake County
and i also met with Douglas McClusky
internal Affairs investigator. Nothing was
done about the matter nor investigated.
I'm asking for my daughters birthday
money back $200,[00] I also want them
to pay for my lost wages from work.
and charging me for Auto Theft which
i had the Bill of Sales on the vehicle. Bond
was set at a $1000[00] which i posted.

5. When did this event happen?

- ● Before I was confined.
- ○ While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ○ Other: ______

6. Have you ever sued anyone for this exact same event?

- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

- ○ No, this event is not grievable at this prison or jail.
- ● Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because They replied it didn't happen in Lake County Jail I saved my messages on the tablet.

8. If you win this case, what do you want the court to order the defendant(s) to do?

[*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

I'm asking the courts to have the Sherriffs Department to pay me what taken from me. I'm also looking for damages.

[*Initial Each Statement*]

TE I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

TE I will keep a copy of this complaint for my records.

TE I will promptly notify the court of any change of address.

TE I WILL NOT send more than one copy of any filing to the court.

TE I WILL NOT send summons, USM-285, or waiver forms to the clerk.

TE I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10/3/2026 at 8:30 am/pm.

[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

[signature] — Signature

87007494 5 (Section ID) — Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]