INMATE
Name Mr. Tecorlia L. Edwards
Sec ID
Lake County Jail
2293 N. Main St.
Crown Point, IN 46307

INDIANAPOLIS IN 460
2 OCT 2026 PM 6 L

USA ★ FOREVER

United STATES District Court
OFFICE OF THE CLERK
5400 Federal Plaza
HAMMOND, INDIANA 46320

46320-184775